No. 276, Misc. ESLINGER *v.* ELLIS, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 282, Misc. JOHNSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 283, Misc. LOCKHART *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 284, Misc. WEBER *v.* SUPERIOR COURT, SOLANO COUNTY, CALIFORNIA, ET AL. Supreme Court of California. Certiorari denied.

No. 285, Misc. TUTTLE *v.* SUPERIOR COURT, HUMBOLDT COUNTY, CALIFORNIA, ET AL. Supreme Court of California. Certiorari denied.

No. 286, Misc. MOKUS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 287, Misc. CHAPMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph H. Davis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Robert S. Erdahl* for the United States.

No. 293, Misc. ANTIPAS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *J. F. Bishop* for the United States.